UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOU SAECHAO,<br>          Plaintiff,<br>v.<br>WESTERN DENTAL SERVICES, INC.,<br>          Defendant. | Case No. 24-cv-01681-BLF (VKD)<br><br>**ORDER FOLLOWING AUGUST 14, 2025 DISCOVERY STATUS CONFERENCE** |

The Court held a hearing on August 14, 2025 to address several issues raised in the parties' August 8, 2025 joint statement (Dkt. No. 43) reporting on the status of their efforts to comply with the Court's July 16, 2025 order (Dkt. No. 42). As discussed during the conference, the Court finds that Western Dental has not fully complied with the July 16 order with respect to RFPs 1, 3(e), 8 and 10, and that the parties have been unable to reach agreement regarding the production of complaints responsive to RFP 3. The Court therefore orders as follows:

For RFP 1, Western Dental must produce all documents showing the appointments it contends Mr. Saechao missed. This production must include the underlying data from which the spreadsheet labeled DEFWDS254 was created. If Western Dental contends that this underlying data is not available for production, it must provide a detailed explanation of how and by whom the spreadsheet was prepared, so that Mr. Saechao may assess the accuracy and authenticity of the information reflected in the spreadsheet, as well as any other documentation supporting its contention that the appointments were missed.

For RFP 3(e), Western Dental must investigate whether responsive records reflecting the provision of auxiliary aids and services for deaf or hard of hearing patients at the San Jose office

can be identified using the job ID and log in information to which Western Dental's Rule 30(b)(6) witness referred in her deposition, and if so, Western Dental must produce those records.

For RFPs 8 and 10, Western Dental may not rely on its answer to RFAs 18-26, but must produce the responsive records, as ordered by the Court in the July 16 order.

With respect to complaints by others that are responsive to RFP 3, Western Dental must search for responsive electronically stored information ("ESI") in at least (1) the data source that collects complaints/grievances submitted through Western Dental's online system and (2) any data source that collects complaints/grievances made by telephone. The Court assumes, based on the discussion at the conference, that the ESI is maintained in a data source that can be queried and that search terms may be applied to identify potentially relevant information. The relevant time period for the search is January 1, 2020 to June 30, 2025. The search shall not be limited by geography. Absent an agreement to the contrary, Western Dental should apply at least the following search terms suggested by Mr. Saechao to identify potentially responsive complaints/grievances: "deaf," "hard of hearing," "hearing-impaired," "sign language interpreter," "American Sign Language," and "ASL." The parties shall confer in an effort to reach agreement on the form in which the responsive ESI will be produced and whether any special protections are needed for any confidential patient information that might be contained in the production.

Western Dental must produce the documents responsive to RFPs 1, 3(e), 8, and 10 **before August 28, 2025**. The parties shall submit a further joint status report regarding these RFPs and regarding production of the complaints responsive to RFP 3 on **August 28, 2025**.

**IT IS SO ORDERED.**

Dated: August 15, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge

2